DOCKETED

JAN 0 8 2004

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
_____ DIVISION

*Joyce Holt*

)
)
)
)
(Name of the plaintiff or plaintiffs) )
)
v. )
)
*Aames Home Loans* )
)
)
)
_____ )
)
(Name of the defendant or defendants) )

CIVIL ACTION

# 04C 0086

NO.
(Case number will be supplied by the assignment clerk)

JUDGE COAR

MAGISTRATE JUDGE MASON

COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is *Joyce Holt* of the county of *Cook* in the state of *IL*.

3. The defendant is *Aames Home Loans*, who resides at (street address) *1431 Opus Pl,*
(city) *Downers Grove* (county) *Duppage* (state) *IL* (ZIP) *60515*
(Defendant's telephone number) (*630*) – *960 - 4700*

4) The plaintiff sought employment or was employed by the defendant at

(street address) *1431 Opus Pl.*

(city) *Downers Grove* (county) *Dupage* (state) *IL* (ZIP code) *60515*

5. The plaintiff [check one box]

(a) ☐ was denied employment by the defendant.

(b) ☐ was hired and is still employed by the defendant.

(c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,

(month) *10*, (day) *01*, (year) *01*.

7. (a) The plaintiff [check one box] ☐ *has not* filed a charge or charges against the defendant ☒ *has* asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

(i) ☒ the United States Equal Employment Opportunity Commission on or about (month) *12* (day) *10* (year) *01*.

(ii) ☒ the Illinois Department of Human Rights on or about (month) *12* (day) *10* (year) *01*.

(b) If charges *were* filed with an agency indicated above, a copy of the charge is

attached. ☒ YES ☐ NO

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

8. (a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) *11-10-03*

(day) _10_ (year) _03_ a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [check all that apply]

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(c) ☐ Disability (Americans with Disabilities Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☒ Sex (Title VII of the Civil Rights Act of 1964)

10. The plaintiff is suing the defendant, a state or local government agency, for discrimination on the basis of race, color, or national origin (42 U.S.C. §1983).

☒ YES   ☐ NO

11. Jurisdiction over the statutory violation alleged is conferred as follows: over Title VII claims by 28 U.S.C. §1331, 28 U.S.C. §1343(a)(3), and 42 U.S.C. §2000e-5(f)(3); over 42 U.S.C. §1981 and §1983 by 42 U.S.C. §1988; over the A.D.E.A. by 42 U.S.C. §12117.

12. The defendant [check all that apply]

(a) ☐ failed to hire the plaintiff.

(b) ☐ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ other (specify): _Assaulted, Attacked, and harassed, Verbally & Physically (see Attached Reports)_

13. The facts supporting the plaintiff's claim of discrimination are as follows:

*Police Records*
*Statements from Witness*
*Medical*

14. [AGE DISCRIMINATION ONLY] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☐ YES ☒ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [check all that apply]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Find that the defendant failed to reasonably accommodate the plaintiff's religion.

(e) ☐ Find that the defendant failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ Direct the defendant to (specify): *Defendant Fail to Protect the plaintiff while in the work Place, from Harassment Assault & Physical attack.*

_____

_____

_____

(g) ☒  If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☐  Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)  _Joyce Holt_

(Plaintiff's name)  _Joyce Holt_

(Plaintiff's street address)  _17735 Park Ave_

(City) _Lansing_  (State) _IL_  (ZIP) _60438_

(Plaintiff's telephone number) (_708_) – _418-5753_

**Equal Employment Opportunity Commission**

# DISMISSAL AND NOTICE OF RIGHTS

To: Ms. Joyce Holt
17735 Park Boulevard, #5
Lansing, Illinois 60438

7001 1940 0003 8831 1679

From: Chicago District Office
Equal Employment Opportunity Commission
500 West Madison Street, Suite 2800
Chicago, Illinois 60661-2511

[    ]  *On behalf of a person aggrieved whose identity is*
*CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 210A202727 | Daniel McGuire, Supervisor | (312) 353-7511 |

*(See the additional information attached to this form.)*

YOUR CHARGE IS DISMISSED FOR THE FOLLOWING REASON:

[    ]  The facts you allege fail to state a claim under any of the statutes enforced by the Commission

[    ]  Respondent employs less than the required number of employees.

[    ]  Your charge was not timely filed with the Commission, *i.e.,* you waited too long after the date(s) of the discrimination you alleged to file your charge. Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[    ]  You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conferences, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your charge. You have had more than 30 days in which to respond to our final written request.

[    ]  The Commission has made reasonable efforts to locate you and has been unable to do so. You have had at least 30 days in which to respond to a notice sent to your last known address.

[    ]  The respondent has made a reasonable settlement offer which affords full relief for the harm you alleged. At least 30 days have expired since you received actual notice of this settlement offer.

[ X ]  The Commission issues the following determination: Based upon the Commission's investigation, the Commission is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[    ]  Other *(briefly state)*  _____

## - NOTICE OF SUIT RIGHTS -

[ X ]  **Title VII and/or the Americans with Disabilities Act:** This is your NOTICE OF RIGHT TO SUE, which terminates the Commission's processing of your charge. If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in U.S. District Court. **If you decide to sue, you must sue WITHIN 90 DAYS from your receipt of this Notice; otherwise your right to sue is lost.**

[    ]  **Age discrimination in Employment Act:** This is your NOTICE OF DISMISSAL OR TERMINATION, which terminates processing of your charge. If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in U.S. District Court. **If you decide to sue, you must sue WITHIN 90 DAYS from your receipt of this Notice; otherwise your right to sue is lost.**

[    ]  **Equal Pay Act (EPA):** EPA suits must be brought within 2 years (3 years for willful violations) of the alleged EPA underpayment.

On behalf of the Commission

_____
6-18-02

_____
John P. Rowe, District Director

Enclosures
Information Sheet
Copy of Charge
cc:  Respondent(s)        Aames Home Loans/Aames Funding

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA ☒ EEOC | 210A202727 |

Illinois Dept. of Human Rights ___ and EEOC
*State or local Agency, if any*

| NAME *(Indicate Mr., Ms., Mrs.)* | HOME TELEPHONE *(Include Area Code)* |
|---|---|
| Ms. Joyce Holt | (708) 418-5753 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 17735 Park Blvd #5, Lansing, IL 60438 | | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)* |
|---|---|---|
| Aames Home Loans/Aames Funding | Cat D (501 +) | (630) 960-4700 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1431 Opus Place, Suite 635, Downers Grove, IL 60515 | | 043 |

| NAME | TELEPHONE NUMBER *(Include Area Code)* |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER *(Specify)*

| DATE DISCRIMINATION TOOK PLACE | |
|---|---|
| EARLIEST | LATEST |
| 10/01/2001 | 03/03/2002 |
| ☐ CONTINUING ACTION | |

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s)):*

I began my employment with Aames Home Loans on September 19, 2001 as a Loan Origination Officer. Beginning on October 25, 2001, I was harassed, assaulted and attacked by my manager. I notified HR, but they did nothing. These rages by my manager continued. I was transferred January 9, 2002 to another office. The harassment was worse, and I was assaulted by my manager. On January 28, 2002, I was sent back to my office, where I was assaulted, attacked, and harassed. At this point I notified the CEO of Aames Home Loans. They did nothing. I took my paper trail to the police, filed charges and two arrests were made. I am prosecuting both people and have filed charges against Aames for these assaults. On or about February 6, 2002, I was instructed by the police not to go back to either location. I was constructively discharged on or about March 3, 2002.

I believe I have been discriminated against because of my race, Black, and my sex, female, in violation of Title VII of the Civil Rights Act of 1964, as amended.

APR 2 2 2002

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - *(When necessary for State and Local Requirements)* |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| X 4-18-02   *Joyce Holt* | |
| Date        Charging Party *(Signature)* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(Month, day and year)* |

EEOC FORM 5 (Rev. 07/99)

**FILE COPY**

EEOC Form 161 (3/98)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | **Ms. Joyce A. Holt**<br>**17735 Park Boulevard**<br>**Lansing, IL 60438** | From: | **EEOC**<br>**Chicago District Office**<br>**500 West Madison Street, Suite 2800**<br>**Chicago, Illinois 60661-2511** |
|---|---|---|---|

| ☐ | *On behalf of person(s) aggrieved whose identity is*<br>*CONFIDENTIAL (29 CFR § 1601.7(a))* | | |
|---|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **21BA22271** | **Nola Smith, State and Local** | **(312) 886-5973** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐ While reasonable efforts were made to locate you, we were not able to do so.

☐ You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☒ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*John P. Rowe* (signature)

**John P. Rowe, District Director**

NOV 1 0 2003

*(Date Mailed)*

Enclosure(s)

cc: **Aames Home Loans**

## *CHARGE OF DISCRIMINATION*

TIis form is affected by the Privacy Act of 1974; See Privacy act statement before completing this form.

02M0214.07

| AGENCY | | CHARGE NUMBER |
|---|---|---|
| [X] | IDHR | |
| [X] | EEOC | 2002CF278 |

### Illinois Department of Human Rights and EEOC

| NAME *(Indicate Mr., Ms., Mrs.)* | HOME TELEPHONE (include area co |
|---|---|
| JOYCE A. HOLT | 708-418-5753 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 17735 PARK BLVD | LANSING, IL 60438 | 00/00/00 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME   *(IF MORE THAN ONE, LIST BELOW)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE *(include area code)* |
|---|---|---|
| AAMES HOME LOANS | 15+ | 630 960-4700 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1431 OPUS PL | DOWNERS GR, IL 60515 | 031 |

| NAME | | TELEPHONE *(include area code)* |
|---|---|---|
| | | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATIO |
|---|---|
| RACE        SEX | EARLIEST (ADEA/EPA)    LATEST (A |
| | /  /          02/06/20 |
| | [ ] CONTINUING ACTION |

THE PARTICULARS ARE *( If additional space is needed attach extra sheet(s) )*

I.  A.  **ISSUE/BASIS**

    1.   VERBALLY HARASSED - NOVEMBER, 2001, AND CONTINUING UNTIL FEBRUARY 6, 2002, BECAUSE OF MY SEX, FEMALE AND MY RACE, BLACK

  B.  **PRIMA FACIE ALLEGATIONS**

    1.   My race is black and my sex is female.

    2.   My job performance as a loan origination officer more than met Respondent's standards.  I was hired September 19, 2001.

    3.   From November, 2001 and continuing until February 6, 2002, I was verbally harassed by white, male, David Tropeck, Manager in Downers Grove, and white, male, William Olson, Manager in Matteson. The harassment by Mr. Tropeck consisted of him putting his finger inches from my nose saying

Cont'd MFP

*(vertical stamp:)* I. OF II SWITCHBOARD JUN 0 4 2002

| [X] I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY *(when necessary for State and Local Requirements)* *Elizabeth B Vanderwoude* |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct | I swear/or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |

OFFICIAL SEAL
ELIZABETH L VANDERWOUDE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/11/04

Notary Public Seal

SIGNATURE OF COMPLAINANT          DATE

X  *Joyce Holt*          5-31-C

SUBSCRIBED AND SWORN TO BEFORE ME THIS DA 5-31-02   *(Day, month, yea*

EEOC FORM 5 (6/00)          FEP9MFP3

**Complainant Name:** JOYCE A. HOLT

**Charge Number:**

**Page 2**

> daily he was going to get rid of me, and sarcastically making the comment "you look like a big executive with your briefcase and fur coat". The harassment by Mr. Olson consisted of him daily screaming, cursing and yelling at me.

    4.    Similarly situated non-black, male, employees were not harassed as I was.

II.  A.    **ISSUE/BASIS**

       1.    CONSTRUCTIVE- DISCHARGE - FEBRUARY 6, 2002, BECAUSE OF MY RACE, BLACK AND SEX, FEMALE

    B.    PRIMA FACIE ALLEGATIONS

       1.    My race is black and my sex is female.

       2.    My job performance as a loan origination officer more than met Respondent's standards. I was hired September 19, 2001.

       3.    Due to the continuing harassment and discriminatory conditions of my employment, I concluded that Respondent did not want me employed there and, thus, constructed a work environment so hostile and intolerable that no reasonable mined person could continue to work effectively within such an environment. Consequently, my last working day at Respondent was February 6, 2002.

MFP/JJT/RCG/-



March 5, 2002

Ms. Joyce Holt
17735 Park
Lansing, IL 60438

Dear Joyce:

Today you called the Human Resources Department and spoke with Kaye Sesto and stated that you are resigning your position with Aames effective today. We will process your termination and you should expect to receive COBRA information in the mail soon.

Please give me a call at 949-794-0435 should you have any additional questions.

Sincerely,

Patricia G. Stoner

Patricia G. Stoner
Manager, Human Resources

**From:**      Ray Agrimson
**To:**        DAVID TROPECK
**Date:**      Fri, Feb 1, 2002 12:06 PM
**Subject:**   Joyce

As you are aware production goals are set prior to the start of each calendar month.  These goals are set to achieve company goals set by senior management.  Since your hire you have not achieved your production goals.

All LOOs must be funding a minimum of 5 units or $500,000 in volume per month.  To date your production has been :

| Month | Units | Volume |
|-------|-------|--------|
| October | 4 | 162,750 |
| November | 3 | 246,150 |
| December | 1 | 32,145 |
| January | 1 | 129,600 |

To help you reach your February goal I have set up short term goals as follows:  3 loans in the pipeline by February 8th, an additional 3 per week the rest of the month.

Failure to sustain 5 units or $500,000 thereafter will result in further disciplinary action, up to and including termination.

_____            _____
David Tropeck       Date                     Joyce Holt       Date

# DOWNERS GROVE POLICE DEPARTMENT

INCIDENT # 02-5458

| INCIDENT TYPE Assault | OCCURRED DATE: 11/18/01 to TIME: to | | DATE & TIME REPORTED 02/06/02 1511 | DATE & TIME ARRIVAL 02/06/02 1517 | ALCOHOL Y☐N☒ DRUGS Y☐N☒ |
|---|---|---|---|---|---|

INCIDENT ADDRESS/LOCATION 1431 OPUS Pl.   INCIDENT BUSINESS NAME AAMES Home Loans   TX# 960-4700   GRID 14

| OFFENSE #1 (1st most serious first) Assault | ATTEMPTED ☐ COMMITTED ☒ | FORCED ENTRY Y☐ N☐ | CRIMINAL ACTIVITY CODE (if applicable) | NUMBER OF PREMISES OR VEHICLES ENTERED | CODES: BIAS WEAPON | CIR. CODE OFF. CODE 712 |
|---|---|---|---|---|---|---|
| OFFENSE #2 DNA | ATTEMPTED ☐ COMMITTED ☐ | FORCED ENTRY Y☐ N☐ | CRIMINAL ACTIVITY CODE (if applicable) | NUMBER OF PREMISES OR VEHICLES ENTERED | CODES: BIAS WEAPON | CIR. CODE OFF. CODE |

COMPLAINANT (last, first, middle) See Person 1   DOB   ADDRESS   CITY/ST/ZIP   HOME TX#   WORK TX#   WORK HRS

### PERSON #1

NAME (last, first, middle) Holt Joyce A   PERSON V C   ADDRESS 17735 Park Blvd   CITY/ST/ZIP Lansing 60438   HOME TX# 708-418-5845   WORK TX# 960-4700   WORK HRS DAYS

| SEX F | RACE B | DOB 11/17/41 | HGT. | WGT. | HAIR | EYES | GLASSES | PHOTO | SCARS/TATTOOS DNA | CLOTHING/MISC. INFO: | | CODES: INJURY GANG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

LOCATION OF VICTIM ON PREMISES DNA   INJURY LOCATION   REMOVE AUTH   TRANSPORTED BY - TO E.R. DOCTOR   OFFENSE(S) SEQUENCE #

| VEHICLE MAKE MODEL DNA | YEAR | COLOR | B.S. | LIC. PLATE | YR & ST | VIN. # | | USED ☐ STOLEN ☐ | VICTIMIZED ☐ RECOVERED ☐ |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | VALUE: (if stolen) | | | |

### PERSON #2

NAME (last, first, middle) Troeck David J   PERSON O   ADDRESS 20350 White Eagle Ct   CITY/ST/ZIP Frankfort IL 60423   HOME TX# 815-469-4502   WO# 960-4700   WORK HRS DAYS

| SEX M | RACE W | DOB 4/24/53 | HGT. 5'60 | WGT. 180 | HAIR BRN | EYES GRN | GLASSES N | PHOTO N | SCARS/TATTOOS N | CLOTHING/MISC. INFO: | | CODES: INJURY GANG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

LOCATION OF VICTIM ON PREMISES DNA   INJURY LOCATION   REMOVE AUTH   TRANSPORTED BY - TO E.R. DOCTOR   OFFENSE(S) SEQUENCE #

| VEHICLE MAKE MODEL DNA | YEAR | COLOR | B.S. | LIC. PLATE | YR & ST | VIN. # | | USED ☐ STOLEN ☐ | VICTIMIZED ☐ RECOVERED ☐ |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | VALUE: (if stolen) | | | |

CAN SUSPECT BE:   NAMED? Y☒ N☐   IDENTIFIED? Y☒ N☐   LOCATED? Y☒ N☐

### PROPERTY

DESCRIPTION DNA   MAKE   MODEL   COLOR   ID # (Serial #, DL #, check # etc.)

NUMBER OF ITEMS   DRUG CODE   DRUGS/QUANTITY & MEASUREMENT   VALUE OF EACH   TOTAL VALUE

OFFENSE SEQUENCE # RELATED TO ____   PERSON # RELATED TO ____   PROPERTY LOSS CODE ____   PROPERTY TYPE CODE ____

LEADS #   ENTERED BY:   DATE:   TIME:

### PROPERTY

DESCRIPTION   MAKE   MODEL   COLOR   ID # (Serial #, DL #, check #, etc.)

NUMBER OF ITEMS   DRUG CODE   DRUGS/QUANTITY & MEASUREMENT   VALUE OF EACH   TOTAL VALUE

OFFENSE SEQUENCE # RELATED TO ____   PERSON # RELATED TO ____   PROPERTY LOSS CODE ____   PROPERTY TYPE CODE ____

LEADS #   ENTERED BY:   DATE:   TIME:

RECORDS ONLY **DISTRIBUTED** 11-22-02

INCIDENT CLASS CODE LM2   PLACE CODE 140   STATUS CODE 2

REPORTING OFFICER   STAR # 57   DATE 02/06/02

APPROVING OFFICER F. Tessmann   STAR # #85   DATE 02/08/02

issued 2800

Records

611-06CR Rev. 11/96

PAGE 2 OF 4 PAGES

## PERSON SUPPLEMENTAL REPORT

INCIDENT # 02-5458

**3**

| NAME (last, first, middle) | PERSON | ADDRESS 4226 W. Kamerling | HOME TX# 773-486-9621 | WORK HRS |
|---|---|---|---|---|
| JACKSON Anthony K | W | CITY/ST/ZIP Chicago IL 60651 | WORK TK 0630-960-4900 | DAYS |

| SEX | RACE | DOB | HGT. | WGT. | HAIR | EYES | GLASSES | PHOTO | SCARS/TATTOOS | CLOTHING/MISC. INFO: | CODES: |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M | B | 7/19/72 | DNA | | | | | | | | INJURY |
| | | | | | | | | | | | GANG |

| LOCATION OF VICTIM ON PREMISES | INJURY LOCATION | REMOVE AUTH. | TRANSPORTED BY - TO | E.R. DOCTOR | OFFENSE(S) SEQUENCE |
|---|---|---|---|---|---|
| DNA | | | | | 1 |

| VEHICLE MAKE | MODEL | YEAR | COLOR | B.S. | LIC. PLATE | YR & ST | VIN # | | USED ☐ | VICTIMIZED ☐ |
|---|---|---|---|---|---|---|---|---|---|---|
| DNA | | | | | | | VALUE: (if stolen) | | STOLEN ☐ | RECOVERED ☐ |

| NAME (last, first, middle) DNA | PERSON — | ADDRESS | HOME TX# | WORK HRS |
|---|---|---|---|---|
| | | CITY/ST/ZIP | WORK TX# | |

| SEX | RACE | DOB | HGT. | WGT. | HAIR | EYES | GLASSES | PHOTO | SCARS/TATTOOS | CLOTHING/MISC. INFO: | CODES: |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | INJURY |
| | | | | | | | | | | | GANG |

| LOCATION OF VICTIM ON PREMISES | INJURY LOCATION | REMOVE AUTH. | TRANSPORTED BY - TO | E.R. DOCTOR | OFFENSE(S) SEQUENCE # |
|---|---|---|---|---|---|

| VEHICLE MAKE | MODEL | YEAR | COLOR | B.S. | LIC. PLATE | YR & ST | VIN # | | USED ☐ | VICTIMIZED ☐ |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | VALUE: (if stolen) | | STOLEN ☐ | RECOVERED ☐ |

| NAME (last, first, middle) | PERSON — | ADDRESS | HOME TX# | WORK HRS |
|---|---|---|---|---|
| | | CITY/ST/ZIP | WORK TX# | |

| SEX | RACE | DOB | HGT. | WGT. | HAIR | EYES | GLASSES | PHOTO | SCARS/TATTOOS | CLOTHING/MISC. INFO: | CODES: |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | INJURY |
| | | | | | | | | | | | GANG |

| LOCATION OF VICTIM ON PREMISES | INJURY LOCATION | REMOVE AUTH. | TRANSPORTED BY - TO | E.R. DOCTOR | OFFENSE(S) SEQUENCE # |
|---|---|---|---|---|---|

| VEHICLE MAKE | MODEL | YEAR | COLOR | B.S. | LIC. PLATE | YR & ST | VIN # | | USED ☐ | VICTIMIZED ☐ |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | VALUE: (if stolen) | | STOLEN ☐ | RECOVERED ☐ |

| NAME (last, first, middle) | PERSON — | ADDRESS | HOME TX# | WORK HRS |
|---|---|---|---|---|
| | | CITY/ST/ZIP | WORK TX# | |

| SEX | RACE | DOB | HGT. | WGT. | HAIR | EYES | GLASSES | PHOTO | SCARS/TATTOOS | CLOTHING/MISC. INFO: | CODES: |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | INJURY |
| | | | | | | | | | | | GANG |

| LOCATION OF VICTIM ON PREMISES | INJURY LOCATION | REMOVE AUTH. | TRANSPORTED BY - TO | E.R. DOCTOR | OFFENSE(S) SEQUENCE # |
|---|---|---|---|---|---|

| VEHICLE MAKE | MODEL | YEAR | COLOR | B.S. | LIC. PLATE | YR & ST | VIN # | | USED ☐ | VICTIMIZED ☐ |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | VALUE: (if stolen) | | STOLEN ☐ | RECOVERED ☐ |

| NAME (last, first, middle) | PERSON — | ADDRESS | HOME TX# | WORK HRS |
|---|---|---|---|---|
| | | CITY/ST/ZIP | WORK TX# | |

| SEX | RACE | DOB | HGT. | WGT. | HAIR | EYES | GLASSES | PHOTO | SCARS/TATTOOS | CLOTHING/MISC. INFO: | CODES: |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | INJURY |
| | | | | | | | | | | | GANG |

| LOCATION OF VICTIM ON PREMISES | INJURY LOCATION | REMOVE AUTH. | TRANSPORTED BY - TO | E.R. DOCTOR | OFFENSE(S) SEQUENCE # |
|---|---|---|---|---|---|

| VEHICLE MAKE | MODEL | YEAR | COLOR | B.S. | LIC. PLATE | YR & ST | VIN # | | USED ☐ | VICTIMIZED ☐ |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | VALUE: (if stolen) | | STOLEN ☐ | RECOV-ERED ☐ |

| REPORTING OFFICER | STAR # 57 | DATE 2/7/02 | APPROVING OFFICER R. Tessman | STAR # 85 | DATE 02/08/02 |
|---|---|---|---|---|---|

| GANG AFFILIATION CODE | | INJURY CODE (required for victim only-up to 3 codes may be used per victim) | |
|---|---|---|---|
| 1 - hate group | | 1 - none | 5 - possible internal injuries | 9 - shot |
| 2 - street gang | | 2 - apparent minor injury | 6 - other major injuries | 10 - killed |
| 3 - motorcycle gang | | 3 - loss of teeth | 7 - severe lacerations | |
| 4 - other gang | | 4 - apparent broken bones | 8 - unconsciousness | |
| 5 - unknown | | | | |

Form 1397 1/92

PAGE 3 OF 4 PAGES    INCIDENT SUPPLEMENTAL REPORT    02- 5458

INCIDENT #

COMPLAINANTS LAST NAME: HOLT

NARRATIVE: R/o Spoke to HOLT at the P.D. who advised she feels threatened and fears for her life at work. HOLT STATED her boss (Tropeck) screams at her and threatens her job on a constant basis. HOLT ADVISED Tropeck's superiors who conducted an investigation, HOLT STATED she is unaware of the resolution to the investigation. HOLT provided various e-mails advising the superiors of the incidents. (Enclosed) HOLT wishes to pursue complaints from an incident which occurred on 11/19/01. HOLT STATED Tropeck walked into her office, screaming at her, shaking his finger and got up in her face. HOLT STATED she is fearful of Tropeck because of his explosive behavior. HOLT ADVISED A Co-worker (JACKSON) was there at the time of incident.

R/o Spoke to JACKSON who STATED the following STATEMENT in SUMMARY. Tropeck Stormed into HOLTS office pushing JACKSON out of the way in the process. Tropeck approached HOLT, got into her face, screaming at her, shaking his finger. JACKSON STATED he stood by because he thought Tropeck might strike HOLT. JACKSON STATED Tropeck exhibits explosive behavior towards HOLT frequently.

HOLT STATED there are MULTIPLE incidents but could be detailed with this

REPORTING OFFICER: [signature]    STAR # 57    DATE: 2/7/02    APPROVING OFFICER: [signature]    STAR # 485    DATE: 02-09-02

crm 1310 1/02

**INCIDENT SUPPLEMENTAL REPORT**

PAGE 4 OF 4 PAGES

INCIDENT # 02-5458

COMPLAINANTS LAST NAME: Holt

NARRATIVE:

one due to the E-MAIL. HOLT STATED she was pursuing complaints due to the Superiors not taking her complaints seriously.

R/o spoke to Tropock who stated he could not recall the incident in Gaestown. Tropock further stated Holt is a descipline problem at work and is very disruptive to the other employees.

R/o typed complaint # C262 387 4126 Assault (720 ILCS 5/12-1(a)) and arrest warrant # 262 387 4033. Holt advised she would go before the judge on 2/8/02 to sign the complaint and warrant.

REPORTING OFFICER: [signature] STAR # 57 DATE: 2/7/02

APPROVING OFFICER: R. Jessman STAR # 85 DATE: 02-8-42

form 1310 1/92

PAGE _1_ OF _1_ PAGES     INCIDENT SUPPLEMENTAL REPORT     INCIDENT # _02-3458_

| COMPLAINANT'S LAST NAME | NARRATIVE: |
|---|---|
| Holt. | |

On 2/8/02 at 1300 hrs. took the complainant Jayce A. Holt (see original case) to 4000 Saratoga Field Court to have a complaint and warrant signed against David S. Troyeck, m/w, D.O.B. of 4/04/53, 20350 White Fence Ct., Frankfort Il. Complaint and warrant for assault Chapter 720 paragraph 5/12-1 (A) was signed by Judge Wajcik & bond was set at 1000 ⁰⁰.

| REPORTING OFFICER: | STAR # | DATE: | APPROVING OFFICER: | STAR # | DATE: |
|---|---|---|---|---|---|
| | 70 | 2/8/02 | | 81 | 2-8-2 |

311-04 Rev. 05/89

Page 1 of 1 Pages     **Supplemental Report**     Case No. 02-5458

| 1. Date | 2. Case Type | 3. Complainant |
|---|---|---|
| 02/08/02 | WARRANT Service | CLARKE S7 |

Downers Grove warrant # 02 CM485    Downers Grove warrant Yes ___ X No ___ If no, agency _____

(circuit court clerk #)

Name: Troppok   David   J     Grid # ____ Other agency warrant # ____
(last)    (first)    (middle)    D.O.B. 4/23/57   Race: W   Sex: M

Address: 2057 White Fence Ct   Frankfort IL 60423 Phone: 815-469-4502
(street # and name)     (city/state/zip)     (home)

Occupation: Unknown    Employer ADAMES Home Loans 1431 Opus Pl. Dr. 630-960-4700
(name)     (address)    (phone)

Vehicle used when arrested: N/A

Date warrant issued: 2/8/02   Judge: Wajiek
(make/color)     (condition)

Arresting agency - if other than Downers Grove: DNA     Officer: ASSAULT   Chapter: 720 Sec. 5/12-1(a)
(officer)     (address)    (license no.)   (state)    (year)

Bond amount: 1000 00     Court date: 3/8/02   Time: 830 Am
( bar #)    (department)

Bail bond receipt # 86439718    Court location: 505 N. County Farm RD

Type: 1070     WHEATON

Other: _____

Photo(s) Yes __ X No ___

LEADS # DNA    Fingerprints Yes __ X No ___

Walk in warrant: ____   Self-initiated: ____   Cancelled/Date: ____   Time: ____   VCC Operator # ____

Narrative: R/O ADVISED the above subject there was a warrant
issued for his arrest. Troppok voluntarily came to the P.D.
where booking procedures were completed. The subject
was cole 20 AFTER posting bond with a court date
pending.

4. Reporting officer [signature]   Star No. 57   Date 2/8/02    5. Receiving Officer [signature]   Star No. 72   Date 2/8/02

611-34 1293

Case: 02-5458   Time: 1550   Date of Offn.: 11/19/01   Arrest: 02/08/02

Name: Tropeck   David   J   m   W   DOB: 4/23/57
      (last)   (first)   (middle)   (sex)   (race)

Address: 20350 White Fence Ct. Frankfort IL 60423
         (street)   (city)   (state)   (zip)

Phone: (home) 81_-469-4502 (work) 630-960-4700   DL# 762-1705-3117 IL
                                                              (state)

Occupation: MANAGER   Employer: AMES Home Loans

Work Address: 1431 OPUS PL.   DG   IL   60515
              (street)   (city)   (state)   (zip)

Place of Birth: IL   SS#: 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

Alias Names: _____   Alias DOB: _____

Height: 5'10   Weight: 180   Type   Location
Hair: RN   Eyes: BRN   1. _____
Skin Tone: LGT   Marks: (i.e., scars, tattoos, other) 2. _____
                                                      3. _____

| | Description | Chapter | Section | Class |
|---|---|---|---|---|
| 1. | Assault | 720 | 5/12-1(c) | C |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

SID#: _____
FBI#: _____
Misc. #: F. C2023879675
Warrant
Detention #: 2023874033
Caution: ☐ Yes ☒ No
Basis for caution: _____

**Check List**

A. Complaint/warrant served ☒
B. Fingerprints taken (3 cards) ☒
C. Subject signed cards ☒
D. Photograph taken ☒
E. Bail Bond receipt ☒
F. Court date set ☒
G. Check for 10-99 ☒
H. Information for print cards ☒

Arresting Officer _____ 53

Arrest Dispo: Posted 10% Released
Bail Bond Receipt #: BB # 439718

811-29a 09/98

1550

1. Do you have any children under 18 YOA living with you at home? ☒ Yes ☐ No

2. Is someone taking care of them while you are in custody? ☒ Yes ☐ No

3. Can you arrange for someone to take care of them? ☐ Yes ☐ No

4. Is there someone who can assist you in placing your children? ☐ Yes ☐ No

5. If they cannot be placed with a responsible person, I am required by law to notify the Department of Children and Family Services to provide care or placement of your children. Do you understand? ☐ Yes ☐ No

DCFS TX 1-800-252-2873 Person Contacted: _____ Time Contacted: _____

6. Do you have any medical problems? ☐ Yes ☒ No

If yes, describe _____

7. Are you being treated by a doctor? ☐ Yes ☒ No

If yes, doctor's name _____ For what? _____

8. Are you on medication? ☐ Yes ☒ No

If yes, what? _____

9. Do you have any amputations, deformities, injuries? ☐ Yes ☒ No

If yes, describe _____

Prisoner's Mental State: _Good_

Medical Resources Used ☐ D.G.H.D. ☐ Other: _____

Arrestee Signature: _____ Officer: _A Cobra 57_

☐ U.S.C. _____
☐ Jewelry _____
☐ Wallet & Contents
☐ Handbag & Contents
☐ Cigarettes
☐ Shoe Laces

☐ Keys
☐ Knife
☐ Lighter
☐ Other _____

☐ Pen/Pencil
☐ Belt
☐ Watch

Evidence Locker #: _____ Inventoried by: _A Cobra 57_

Owner's Signature: _____

Property Returned:

Owner's Signature: _____ Date: _2/8/12_ Time: _1615_

Releasing Officer: _A Cobra 57_ Witness: _____

611-290 08/98

02-1868
C.R.N.

# PERSONS INCIDENT REPORT
## DEPARTMENT OF POLICE
### MATTESON, ILLINOIS

JUVENILE ☐

| 1 INCIDENT | | 2. LOCATION OF OFFENSE | | 3. BEAT |
|---|---|---|---|---|
| Assault | | 4747 Lincoln Mall Dr Matteson 3rd floor | | 4-2 |

| 4 COMPLAINANT | 5. COMPLAINANT'S ADDRESS | 6. BUSINESS PHONE C30 | 7. HOME PHONE 708 |
|---|---|---|---|
| Joyce A. Holt | 17735 Park Ave Lansing | 960-4700 | 418-575 |

| 8. DATE (OCC) | 9. TIME | T/O | 10 DATE (OCC) | 11. TIME | 12 LOCATION WHERE OCCURRED | ☐ STREET ☐ SVC. STATION ☐ RESIDENCE ☒ COMMERCIAL ☐ STORE ☐ BANK ☐ PK. LOT ☐ VEHICLE ☐ OTHER |
|---|---|---|---|---|---|---|
| 24-02 | 1800 | | | | | |

| 13 METHOD OF OFFENSE | | | | SPECIFY: |
|---|---|---|---|---|
| Verbal abuse | | | | Ames Home Loans |

| VALUE | | MONEY | JEWELRY | TV, RADIO, ETC. | CLOTHING | OTHER | NONE |
|---|---|---|---|---|---|---|---|
| 14. PROPERTY TAKEN — DESCRIBE IN NARRATIVE | | ☐ $ | ☐ $ | ☐ $ | ☐ $ | ☐ $ | ☐ |
| 15. PROPERTY RECOVERED— DESCRIBE IN NARRATIVE | | ☐ $ | ☐ $ | ☐ $ | ☐ $ | ☐ $ | ☐ |

| VICTIM | 16. NAME | 17. ADDRESS | 18. BUSINESS PHONE C30 | 19. HOME PHONE |
|---|---|---|---|---|
| | Holt Joyce A | 17735 Park Ave Lansing | 960-4700 | (708)418-575 |

| 20. D.O.B. | 21. AGE | 22.SEX | 23.RACE | 24 HGT | 25 WGT | 26. HAIR | 27.EYES | 28.SKIN | 29. TYPE OF WEAPON | ☐ REVOLVER ☐ SHOT GUN ☐ AUTO-PISTOL ☐ KNIFE ☐ RIFLE ☐ OTHER |
|---|---|---|---|---|---|---|---|---|---|---|
| 11-17-61 | | F | Black | 5'7 | 145 | Black | Brown MED | Brown | | |

| 30. SOC. SEC. NO. | 31. OCCUPATION | 32 APPARENT RESULT | |
|---|---|---|---|
| | Loan officer | | |

| 33. INJURIES | | 34. REMOVED TO: | 35 REMOVED BY: |
|---|---|---|---|
| | | | |

| 36 TREATED BY | 37 PARENTS OR GUARDIAN | 38. ADDRESS | 39 PHONE |
|---|---|---|---|
| | | | |

| 40. | | | | OTHER: |
|---|---|---|---|---|
| WANTED ☐ | SUSPECT ☒ | MISSING ☐ | WITNESS ☐ | ARRESTED ☐ |

| SUSPECT | 41 NAME | 42 ADDRESS | 43 BUSINESS PHONE | 44 HOME PHONE |
|---|---|---|---|---|
| | William Olsen | 4747 Lincoln Mall dr Matteson IL | 283-1100 | |

| 45. D.O.B. | 46 AGE | 47.SEX | 48.RACE | 49.HGT. | 50.WGT | 51.HAIR | 52.EYES | 53.SKIN | 54. DISTINGUISHING CHARACTERISTICS, SCARS, ETC |
|---|---|---|---|---|---|---|---|---|---|
| | 40 | M | White C4 | 4 | 300 | Brown | | Fair | |

| 55. ALIAS | 56 OCCUPATION | 57. SOC. SEC. NO. | 58 DATE AND TIME MISSING |
|---|---|---|---|
| | | | |

| 59. CLOTHING | 60 POSSIBLE ASSOCIATES | 61 POSSIBLE DESTINATION |
|---|---|---|
| | | |

| 62. JUV'S PARENTS CONTACTED BY | 63. DATE | 64. TIME | 65 JUVENILE OFFICER CONTACTED | 66. DATE | 67. TIME | 68. JUV. CARD NO |
|---|---|---|---|---|---|---|
| | | | | | | J |

| 69. JUVENILE RELEASED TO: | 70. DATE | 71 TIME | 72. DETECTIVE CONTACTED | 73. DATE | 74. TIME |
|---|---|---|---|---|---|
| | | | | | |

| 75 ☒ I WILL PROSECUTE ☐ I WILL NOT PROSECUTE | 76. SIGNATURE Joyce Holt | ☒ VICTIM ☐ COMPLAINANT | 77 DATE 2-6-02 | 78 TIME 1014 |
|---|---|---|---|---|

In summary: on the above listed date and time, the suspect, a
previous co-worker of the victim, made several comments to the
victim which were verbally hostile and placed the victim in
reasonable apprehension of receiving a battery.

Complaint and summons were completed.

C.R.N. 02-1868

| 79 STATUS. CLEARED BY: ☐ ARREST ☐ ADMIN. ☐ EX-CLEARED ☐ UNFOUNDED | DATE- | ☐ FOLLOW-UP REQUIRED | 80 CONTINUATION REPORT ☐ YES ☒ NO PAGE 1 OF 1 |
|---|---|---|---|

| 81 REPORTING OFFICER A2 | STAR NO. 225 | 82 SUPPORTING OFFICER | STAR NO. | 83 DATE 2-6-02 | 84. TIME 1014 |
|---|---|---|---|---|---|
| 85 APPROVING SUPERVISOR | STAR NO. | 86 SUPPORTING OFFICER | STAR NO | 87 U.C.R | ENT. BY DATE |

## Certificate to return to work

Name  J. Carter (Hope)

Has been under my care from  1-10-02  to  1-14-02

and is able to return to work on  1.14.02

Nature of illness or injury  Stress

☐ restrictions          ☐ no restrictions

comments _____

Dr.  Cassan          Phone _____

Address _____  Date  1-10-02

## Certificate to return to work

Name __J. Carter (HOLT)__

Has been under my care from __1-26-02__ to __1-28-02__

and is able to return to work on __1-28-02__

Nature of illness or injury _____

☑ restrictions     ☐ no restrictions     **SIBLEY FAMILY MEDICAL CENTER**
                                          **1756 SIBLEY BLVD.**
comments __recommend__                    **CALUMET CITY, ILLINOIS 60409**
__no mental stress__                      **TEL (708) 730-3900**

Dr. __Cassan__          Phone _____

Address _____     Date __1/26/02__



748.156 4
MA Heson
P.O.
02-545 8

**FINANCIAL CORPORATION**

## Interoffice Memorandum

**TO:**      All Employees

**FROM:**    Jay Meyerson
            Chief Executive Officer

**DATE:**    January 23, 2002

**SUBJECT:**   **Code of Professional Conduct**

As we head into 2002 we have many aggressive challenges and objectives ahead of us. Our ability to effectively execute these is completely dependent upon our ability to consistently interact and communicate with one another in a professional and respectful manner. As all of you know from my conference calls and group presentations the foundation of our core values are "Integrity, Professionalism and an Obligation to the Homeowner." As we move forward to achieving our 2002 goals, I want to remind everyone that I have ZERO TOLERANCE for behavior that creates an environment that is hostile, unwelcome or uncollaborative.

Aames is committed to conducting business in accordance with the highest ethical standards of corporate leadership and citizenship. Each and every officer and employee of the Company is responsible for and is expected to be fully committed to comply as it relates to professional conduct within the workplace. The desire to achieve company or personal objectives will not excuse wrongful activity or unprofessional behavior.

Below is a list of some of the types of behavior that is unacceptable:

- Yelling/screaming
- Use of profanity
- Acting in an intimidating manner
- Coercing employees to behave/perform/participate in activity in violation of Aames's policy and/or any other relevant laws or regulations
- Threatening physical harm
- Being argumentative or demanding services inappropriate to the situation

*Joyce Hott*

| Aames Financial Corporation | EMPLOYEE HANDBOOK |
|---|---|

## POLICY AGAINST HARASSMENT

**DOCUMENT SUMMARY**

This document describes the Company's policy on harassment.

**POLICY STATEMENT**

Aames is committed to providing a work environment that is free from harassment, including sexual harassment and any other type of harassment based on a characteristic protected by state or federal law.

This policy applies to all Aames employees, customers, and contractors. It extends throughout Aames' internal and external operations, including all places of business and business-related off-site functions and training facilities.

**DEFINITION OF PROHIBITED HARASSMENT**

Prohibited harassment includes verbal, physical, and visual conduct that creates an intimidating, offensive, or hostile working environment or that interferes with work performance. Such conduct constitutes harassment whenever:

- Submission to the conduct is either an explicit or implicit term or condition of employment;
- An employee's reaction to the conduct is used as a basis for employment decisions affecting that employee; or
- The conduct has the purpose or effect of interfering with the employee's work performance or creating an intimidating, hostile, or offensive working environment.

**SEXUAL HARASSMENT PROHIBITED CONDUCT: Definition**

Sexual harassment is a form of employee misconduct that is demeaning to another person and undermines the integrity of the employment relationship. Harassment of a member of one sex by a member of the same or the opposite sex is both illegal and unacceptable.

Sexual harassment is defined as:

- Unwelcome sexual advances, requests for sexual favors, and other verbal, written, or physical conduct of a sexual nature when such conduct is made either explicitly or implicitly a term or condition of an individual's employment; or

| Aames Financial Corporation | EMPLOYEE HANDBOOK |

# POLICY AGAINST HARASSMENT

**DOCUMENT SUMMARY**

This document describes the Company's policy on harassment.

**POLICY STATEMENT**

Aames is committed to providing a work environment that is free from harassment, including sexual harassment and any other type of harassment based on a characteristic protected by state or federal law.

This policy applies to all Aames employees, customers, and contractors. It extends throughout Aames' internal and external operations, including all places of business and business-related off-site functions and training facilities.

**DEFINITION OF PROHIBITED HARASSMENT**

Prohibited harassment includes verbal, physical, and visual conduct that creates an intimidating, offensive, or hostile working environment or that interferes with work performance. Such conduct constitutes harassment whenever:

- Submission to the conduct is either an explicit or implicit term or condition of employment;
- An employee's reaction to the conduct is used as a basis for employment decisions affecting that employee; or
- The conduct has the purpose or effect of interfering with the employee's work performance or creating an intimidating, hostile, or offensive working environment.

**SEXUAL HARASSMENT PROHIBITED CONDUCT: Definition**

Sexual harassment is a form of employee misconduct that is demeaning to another person and undermines the integrity of the employment relationship. Harassment of a member of one sex by a member of the same or the opposite sex is both illegal and unacceptable.

Sexual harassment is defined as:

- Unwelcome sexual advances, requests for sexual favors, and other verbal, written, or physical conduct of a sexual nature when such conduct is made either explicitly or implicitly a term or condition of an individual's employment; or

All Employees
January 23, 2002
Page 2

02-5458

- Making any type of derogatory comments relating to personal and/or protected characteristics (age, sex, race, religion, gender, etc.)

Should you experience or witness any of the above, please report the matter immediately. You should report the facts of the incident to your direct supervisor or manager, a human resources representative or any corporate officer. You should choose the individual with whom you feel most comfortable. Attached please find a copy of our Policy Against Harassment. Any violation to our harassment policy will result in disciplinary action, which may include reduction of compensation and up to and including termination of employment.

In the near future I will be distributing company-wide, a professional code of conduct guide. This will echo and reinforce what we are discussing here as well as what is detailed in our Employee Handbook.

Thank you for your continued support and commitment in ensuring that Aames continues to be a positive, productive place in which to do business.

Attachment

02-5458

**From:**     JOYCE HOLT
**To:**     ALINVILLE
**Date:**     Mon, Nov 19, 2001 7:13 PM
**Subject:**     HARASSMENT/THREAT

    DAVE TROPECK WALKED RIGHT UP IN MY FACED TODAY,POINTED HIS FINGER 2 INCHES FROM MY NOISE AND STARTED MAKING ACCUSATIONS ABOUT A PRICE MODEL THAT WAS NOT SIGNED BY HIM OR RAY. I TOLD HIM YOU BETTER GET YOUR FINGER OUT OF MY FACE.HE THEN THREATEN ME BY SAYING YOU BETTER NOT E-MAIL RAY OR TALK TO HIM ABOUT THIS OR I WILL HAVE A TALK WITH YOU IN MY OFFICE.THIS IS NOT THE FIRST TIME HE HAS DONE THIS.THE LAST INCIDENT WAS CONCERNING ME LEAVING DOWNERS GROVE AND GOING TO MATTESON I WALKED IN THE OFFICE TOOK MY COAT OFF,PROCEED TO MY DESK AND BEFOR I EVEN SAT DOWN HE SAID,I WANT YOU TO GET IT IN YOUR HEAD THAT YOU AND ERICA ARE GOING TO MATTESON,WHILE HE WAS SAYING THIS HE WAS POINTING TO HIS HEAD.HE SAID I WANT YOU TO GET IT IN YOUR HEAD, YOU WILL BE LEAVING! AT THIS POINT ANOTHER AE WAS STANDING RIGHT THEIR LISTENING TO EVERYTHING. I SAID ARE YOU TRY TO GET RID OF ME? AT THAT POINT DAVE AND THE AE HAD WORDS. I E-MAILED RAY AND TOLD HIM EXACTLY WHAT DAVE DID TO ME.ON
BOTH INCIDENTS.I AM A FEMALE AND HE MADE ME VERY NERVOUS, I COULD NOT EVEN THINK WHEN RAY CALLED ME CONCERNING THIS I COULD NOT EVEN THINK STRAIGHT.
APRIL PLEASE CALL ME.
             THANK-YOU
                JOYCE HOLT

**JOYCE HOLT - HARRESSMENT**                                    Page 1

02-5458

**From:**     JOYCE HOLT
**To:**       Ray Agrimson
**Start:**    Mon, Nov 19, 2001
**Due:**      Mon, Nov 19, 2001
**Subject:**  HARRESSMENT

RAY PLEASE ADVISE DAVE TROPECK IF HE HARRESS ME AGAIN I WILL FILE CHARGES
AGAINST HIM
PERSONALLY.HE HAS DONE THIS SEVERAL TIMES BEFORE
I WILL NOT STAND FOR HIS HARRESSMENT AS WELL AS
THREATS.I HOPE THIS CAN BE RESOLVED LIKE MATURE
ADULTS

JOYCE HOLT - HARRESSMENT/ DAN          Page 1

02-5458

**From:**     JOYCE HOLT
**To:**     Ray Agrimson
**Date:**     Mon, Dec 10, 2001 12:47 PM
**Subject:**     HARRESSMENT/ DAN

      I CAME IN FROM LUNCH ON FRIDAY 12/7/01 DAN CAME TO ME AND SAID DON'T E-MAIL RAY ABOUT THAT MAN
FROM AMERIQUEST, I 'M TELLING YOU DO NOT E-MAIL RAY.
YOU WILL NOT WIN THIS BATTLE. I SAID DAN GET OUT OF MY
FACE,HE WENT ON AND ON.DAN HAS BEEN SLIPPING LATELY
HE DO NOT PERFORM UP TO COMPANY STANDARDS,HE GOSSIP ALOT,AND HE NEVER FINISH
HIS WORK ON TIME.

02-5458

**From:**      JOYCE HOLT
**To:**        April Linville
**Date:**     Wed, Jan 9, 2002 12:26 PM
**Subject:**  HARASSMENT/THREAT

DAVE TROPECK STORMED IN MY OFFICE SCREAMING ABOUT AT ME SAYING,I TALKED TO APIRL LINVILLE THIS
WEEK-END SHE TOLD ME TO TELL YOU DO NOT E-MAIL HER ANYMORE,AND DO NOT E-MAIL RAY.I'M SCARED
AND NERVOUS WHY DO HE KEEP DOING THIS.HE'S REALLY LOUD HE'S SCREAMING ABOUT MY CUSTOMER
DOCK'S.I'M SCARED! I DON'T KNOW WHAT TO DO WHO CAN I TRUST.THIS MAN IS IN A RAGE HE'S MAKING ME
FEEL INTIMIDATED.WHAT IS WRONG WITH THIS MAN.I'M IN COMPLETE FEAR OF MY LIFE,EVER SINCE THE
FIRST TIME HE'S DONE THIS IVE BEEN WORRIED AND AND SCARED.HE STORMED IN HERE SLAMMED THE
DOOR VERY HARD AND START YELLING,I'M AFRAID.I'M TOO SCARED TO LEAVE,I DON'T KNOW WHAT THIS GUY
MIGHT DO NEXT.

02-5458

| | |
|---|---|
| **From:** | JOYCE HOLT |
| **To:** | JOYCE HOLT |
| **Date:** | Wed, Jan 9, 2002 |
| **Time:** | 11:31 AM - 12:31 PM |
| **Subject:** | HARASSMENT 1/9/02 |

I'M SCARED TO LEAVE AND GO TO THE HOSPITAL,MY HEAD IS KILLING ME,THIS MAN IS A
BREAKDOWN ON MY MENTAL ABILITY TO
THINK AND FUNCTION PROPERLY.LORD HELP ME.I NEED TO GET OUT OF HERE.WHY CAN'T I
MOVE.I'M SCARED.HELP ME.

JOYCE HOLT - Re: Confirmation of our Phone Conversation                                  Page 1

02-5458

**From:**     JOYCE HOLT
**To:**        April Linville
**Subject:**   Re: Confirmation of our Phone Conversation

I WOULD LIKE TO MAKE YOU AWARE, THAT    IE INCIDENT
BETWEEN MYSELF AND DAVE TR   ECK    /9/02 EVERY
EMPLOYEE WAS PRESENT.ALSO    IREE NCIDENTS
(EMPLOYEE) ANTHONY JACKSO   WAS PRESENT AND FULL AWARE OF WHAT HAPPEN.I DO
NOT KNOW IF HE WAS PART OF  OUR INVESTIGATION OR NOT,BUT IF NOT,I THINK YOU WANT
TO FOLLOW UP,WITH HIM AND SOME OTHER PEOPLE THAT WAS PRESENT.

>>> April Linville 01/23 2:38 PM >>>
To confirm our conversation on 1-23-02:

Thank you for bringing your concerns to our attention:

In regards to your issues with Downers Grove and the Branch Manager Dave Tropeck we have done a
thorough investigation and taken the appropriate action necessary.

In regards to your issue with the Keys in the Matteson office. It is the managers responsibility to
determine the issuance of keys based on the needs of the office. We found that his not giving you the
keys is appropriate for the needs of his office at this time.

In regards to your issue with Hours, it is the companies option to change any employee's hours as
necessiated by the needs of the branch.

I did inform you that I would check to see if there were any other options available, but did n   make any
promises. Because you cannot work the hours required in Matteson.

You also stated that you had gotten more training in Matteson. I did remind you that you must meet the
production goals that were outlined. Which means you must fund 4 loans by January 31, 2002.

Again, thank you for bringing these issues to our attention. If you have any further concerns, please feel
free to contact either myself or Patty Stoner.

April Linville, Human Resources
ALinville@Aameslending.com
Fax: 949-794-0404
Phone: 949-794-0437

**CC:**        Patty Stoner

# EXHIBIT "A"

## CONSENT TO JOIN LEGAL ACTION AGAINST AAMES FOR VIOLATION OF THE FAIR LABOR STANDARDS ACT

RE: *Fowler vs. Aames* United States District Court, Central District of California, Case No. 01-04330 AHM

I have read the Notice of Pending Class Action Against Aames and hereby consent to join as a plaintiff with respect to the Fair Labor Standards Act claim pursuant to 29 U.S.C. §216(b) for overtime compensation in the above-referenced action. I understand and agree to legal representation in that matter by R. Duane Westrup of Westrup, Klick & Associates and Allan A. Sigel of The Law Offices of Allan A. Sigel.

Please print name: _Joyce Holt_

Home address: _17735 Park_
STREET ADDRESS

_Lansing IL 60438_
CITY, STATE ZIP

Social Security no.: _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_

Daytime phone: _(708) 418.5253_

Time frame(s) during which you were employed by and performed labor for Aames outside California in the position of Retail Account Executive and/or Loan Officer (If known):

From: _Sept 19, 01_   To: _Feb. 6. 02_

Aames reserves the right to verify, based on its books and records, the information provided above with respect to the position(s) held, the period of time labor was performed, and the number of full weeks worked by you in such position(s).

Your Signature: _Joyce Holt_        Dated: _2-6-02_

In order for you to join this suit and be entitled to settlement proceeds with respect to the FLSA Class, you must date, sign and return this form by December 19, 2002, to Aames Financial Corporation, Class Settlement Legal Dept., 350 S. Grand Ave., 43rd Fl., Los Angeles, CA 90071.